Sidney Foreman and Ruth Foreman, Appellees, v. Henry K. Holsman, William T. Holsman, H. G. Croll, L. E. Adams, Jr., and Trust Company of Chicago, Appellants.

Gen. No. 46,686.

First District, Second Division.
January 7, 1958.
Rehearing denied April 1, 1958.
Released for publication April 2, 1958.

Kirkland, Fleming, Green, Martin & Ellis, for Trust Company of Chicago, appellant (Weymouth Kirkland, Vernon M. Welsh, and Don H. Reuben, of counsel), Horace A. Young, for H. G. Croll, and L. E. Adams, Jr., appellants, Madison and Thorsen, for Francis Tyler Pierce, intervening petitioner-appellant (Robert Thorsen, of counsel); Moody, Foster & Barrett, and Crowley, Sprecher and Weeks, for appellees (Edward W. Barrett and Robert A. Sprecher, of counsel). Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.